**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 22, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00876-CV

## IN THE MATTER OF J.L.U

On Appeal from County Court at Law No. 2 & Probate Court
Brazoria County, Texas
Trial Court Cause No. JV20850

## M E M O R A N D U M   O P I N I O N

This is an appeal from a September 29, 2016 order of a juvenile court waiving jurisdiction and transferring appellant to criminal district court. On November 9, 2016, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is DISMISSED.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.